**FINANCE of AMERICA COMPANIES**

Finance of America Mortgage, LLC
300 Welsh Rd
Bldg 5
Horsham, PA 19044
855-850-2248

Pay Statement
Period Start Date 09/26/2021
Period End Date 10/09/2021
Pay Date 10/15/2021
Document 126543
Net Pay $1,555.34

## Pay Details

| | | | | |
|---|---|---|---|---|
| TINA M STRACK | Employee Number | 000100414 | Pay Group | UHQ FOA Mortgage BI |
| 703 SALEM COURT | SSN | XXX-XX-1326 | Location | 212816-Horsham, PA |
| WALLINGFORD, PA 19086 | Job | Post Closing Specialist | Cost Center | 11910 - 11910 PostClosingDelivery |
| USA | Pay Rate | $25.5100 | Channel | CORP - Corporate |
| | Pay Frequency | Biweekly | Department | OPS - Operations |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Coefficient OT | 0.1400 | $12.7550 | $1.79 | $755.90 |
| GTL Imputed | | | $0.23 | $3.75 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $1,404.56 |
| Overtime | 0.1400 | $25.5100 | $3.57 | $1,511.74 |
| Paid Time Off | 24.0000 | $25.5100 | $612.24 | $4,267.68 |
| Regular | 16.1300 | $25.5100 | $411.48 | |
| Regular | 40.0000 | $25.5100 | $1,020.40 | $37,220.69 |

Total Hours Worked 56.2700    Total Hours 80.2700

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K % | Yes | $61.48 | $1,354.81 | $0.00 | $0.00 |
| Accident | No | $5.52 | $110.40 | $0.00 | $0.00 |
| Dental | Yes | $12.40 | $248.00 | $5.56 | $111.20 |
| GTL Imputed | No | $0.23 | $3.75 | $0.00 | $0.00 |
| Medical | Yes | $83.02 | $1,660.40 | $251.77 | $5,035.40 |
| Vision | Yes | $2.97 | $59.40 | $0.00 | $0.00 |
| Voluntary LTD | No | $14.08 | $283.92 | $0.00 | $0.00 |
| Voluntary STD | No | $0.94 | $18.96 | $0.00 | $0.00 |
| 401K ER Match | No | $0.00 | $0.00 | $30.74 | $677.40 |
| Basic Life ADD | No | $0.00 | $0.00 | $1.14 | $18.40 |
| STD | No | $0.00 | $0.00 | $1.83 | $35.01 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $81.82 | $1,892.85 |
| Employee Medicare | $28.29 | $626.35 |
| Social Security Employee Tax | $120.98 | $2,678.18 |
| PA State Income Tax | $59.90 | $1,326.01 |
| HORSHAM | $19.51 | $431.94 |
| HORSHAM TWP | $2.00 | $42.00 |
| PA Unemployment Employee | $1.23 | $27.10 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Float Holiday | 0.0000 | 8.0000 |
| Paid Time Off | 9.2300 | 46.6580 |
| Volunteer | 0.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx2370 | Checking | $1,555.34 |
| Total | | $1,555.34 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,049.71 | $1,889.84 | $313.73 | $180.64 | $1,555.34 |
| YTD | $45,164.32 | $41,841.71 | $7,024.43 | $3,739.64 | $34,400.25 |

**FINANCE of AMERICA COMPANIES**

Finance of America Mortgage, LLC
300 Welsh Rd
Bldg 5
Horsham, PA 19044
855-850-2248

| Pay Statement | |
|---|---|
| Period Start Date | 10/10/2021 |
| Period End Date | 10/23/2021 |
| Pay Date | 10/29/2021 |
| Document | 130607 |
| Net Pay | $1,652.42 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| TINA M STRACK | Employee Number | 000100414 | Pay Group | UHQ FOA Mortgage BI | |
| 703 SALEM COURT | SSN | XXX-XX-1326 | Location | 212816-Horsham, PA | |
| WALLINGFORD, PA 19086 | Job | Post Closing Specialist | Cost Center | 11910 - 11910 PostClosingDelivery | |
| USA | Pay Rate | $25.5100 | Channel | CORP - Corporate | |
| | Pay Frequency | Biweekly | Department | OPS - Operations | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Coefficient OT | 0.1800 | $12.7550 | $2.30 | |
| Coefficient OT | 0.1000 | $12.7550 | $1.28 | $759.48 |
| GTL Imputed | | | $0.23 | $3.98 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $1,404.56 |
| Overtime | 0.1800 | $25.5100 | $4.59 | |
| Overtime | 0.1000 | $25.5100 | $2.55 | $1,518.88 |
| Paid Time Off | 0.0000 | $0.0000 | $0.00 | $4,267.68 |
| Regular | 40.0000 | $25.5100 | $1,020.40 | |
| Regular | 40.0000 | $25.5100 | $1,020.40 | $39,261.49 |

Total Hours Worked  80.2800        Total Hours  80.2800

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401K % | Yes | $61.55 | $1,416.36 | $0.00 | $0.00 |
| Accident | No | $0.00 | $110.40 | $0.00 | $0.00 |
| Dental | Yes | $0.00 | $248.00 | $0.00 | $111.20 |
| GTL Imputed | No | $0.23 | $3.98 | $0.00 | $0.00 |
| Medical | Yes | $0.00 | $1,660.40 | $0.00 | $5,035.40 |
| Vision | Yes | $0.00 | $59.40 | $0.00 | $0.00 |
| Voluntary LTD | No | $0.00 | $283.92 | $0.00 | $0.00 |
| Voluntary STD | No | $0.00 | $18.96 | $0.00 | $0.00 |
| 401K ER Match | No | $0.00 | $0.00 | $30.78 | $708.18 |
| Basic Life ADD | No | $0.00 | $0.00 | $0.00 | $18.40 |
| STD | No | $0.00 | $0.00 | $0.00 | $35.01 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $93.86 | $1,986.71 |
| Employee Medicare | $29.75 | $656.10 |
| Social Security Employee Tax | $127.21 | $2,805.39 |
| PA State Income Tax | $62.98 | $1,388.99 |
| HORSHAM | $20.52 | $452.46 |
| HORSHAM TWP | $2.00 | $44.00 |
| PA Unemployment Employee | $1.23 | $28.33 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Float Holiday | 0.0000 | 8.0000 |
| Paid Time Off | 9.2300 | 55.8880 |
| Volunteer | 0.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx2370 | Checking | $1,652.42 |
| Total | | $1,652.42 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,051.75 | $1,990.20 | $337.55 | $61.78 | $1,652.42 |
| YTD | $47,216.07 | $43,831.91 | $7,361.98 | $3,801.42 | $36,052.67 |

**FINANCE of AMERICA**

Finance of America Mortgage, LLC
300 Welsh Rd
Bldg 5
Horsham, PA 19044
855-850-2248

**Pay Statement**

| | |
|---|---|
| Period Start Date | 10/24/2021 |
| Period End Date | 11/06/2021 |
| Pay Date | 11/12/2021 |
| Document | 132198 |
| Net Pay | **$1,552.61** |

## Pay Details

**TINA M STRACK**
703 SALEM COURT
WALLINGFORD, PA 19086
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 000100414 | | Pay Group | UHQ FOA Mortgage BI |
| SSN | XXX-XX-1326 | | Location | 212816-Horsham, PA |
| Job | Post Closing Specialist | | Cost Center | 11910 - 11910 PostClosingDelivery |
| Pay Rate | $25.5100 | | Channel | CORP - Corporate |
| Pay Frequency | Biweekly | | Department | OPS - Operations |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Coefficient OT | 0.1300 | $12.7550 | $1.66 | $761.14 |
| GTL Imputed | | | $0.23 | $4.21 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $1,404.56 |
| Overtime | 0.1300 | $25.5100 | $3.32 | $1,522.20 |
| Paid Time Off | 40.0000 | $25.5100 | $1,020.40 | $5,288.08 |
| Regular | 40.0000 | $25.5100 | $1,020.40 | $40,281.89 |

Total Hours Worked 40.1300    Total Hours 80.1300

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K % | Yes | $61.37 | $1,477.73 | $0.00 | $0.00 |
| Accident | No | $5.52 | $115.92 | $0.00 | $0.00 |
| Dental | Yes | $12.40 | $260.40 | $5.56 | $116.76 |
| GTL Imputed | No | $0.23 | $4.21 | $0.00 | $0.00 |
| Medical | Yes | $83.02 | $1,743.42 | $251.77 | $5,287.17 |
| Vision | Yes | $2.97 | $62.37 | $0.00 | $0.00 |
| Voluntary LTD | No | $14.08 | $298.00 | $0.00 | $0.00 |
| Voluntary STD | No | $0.94 | $19.90 | $0.00 | $0.00 |
| 401K ER Match | No | $0.00 | $0.00 | $30.68 | $738.86 |
| Basic Life ADD | No | $0.00 | $0.00 | $1.14 | $19.54 |
| STD | No | $0.00 | $0.00 | $1.83 | $36.84 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $81.39 | $2,068.10 |
| Employee Medicare | $28.24 | $684.34 |
| Social Security Employee Tax | $120.76 | $2,926.15 |
| PA State Income Tax | $59.78 | $1,448.77 |
| HORSHAM | $19.47 | $471.93 |
| HORSHAM TWP | $2.00 | $46.00 |
| PA Unemployment Employee | $1.23 | $29.56 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Float Holiday | 0.0000 | 8.0000 |
| Paid Time Off | 9.2300 | 25.1180 |
| Volunteer | 0.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx2370 | Checking | $1,552.61 |
| Total | | $1,552.61 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,046.01 | $1,886.25 | $312.87 | $180.53 | **$1,552.61** |
| YTD | $49,262.08 | $45,718.16 | $7,674.85 | $3,981.95 | $37,605.28 |

**FINANCE of AMERICA**

Finance of America Mortgage, LLC
300 Welsh Rd
Bldg 5
Horsham, PA 19044
855-850-2248

**Pay Statement**

| | |
|---|---|
| Period Start Date | 11/07/2021 |
| Period End Date | 11/20/2021 |
| Pay Date | 11/26/2021 |
| Document | 135090 |
| Net Pay | **$1,558.25** |

## Pay Details

TINA M. STRACK
703 SALEM COURT
WALLINGFORD, PA 19086
USA

| | | | |
|---|---|---|---|
| Employee Number | 000100414 | Pay Group | UHQ FOA Mortgage BI |
| SSN | XXX-XX-1326 | Location | 212816-Horsham, PA |
| Job | Post Closing Specialist | Cost Center | 11910 - 11910 PostClosingDelivery |
| Pay Rate | $25.5100 | Channel | CORP - Corporate |
| Pay Frequency | Biweekly | Department | OPS - Operations |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Coefficient OT | 0.2200 | $12.7550 | $2.81 | |
| Coefficient OT | 0.1100 | $12.7550 | $1.40 | $765.35 |
| GTL Imputed | | | $0.23 | $4.44 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $1,404.56 |
| Overtime | 0.2200 | $25.5100 | $5.61 | |
| Overtime | 0.1100 | $25.5100 | $2.81 | $1,530.62 |
| Paid Time Off | 0.0000 | $0.0000 | $0.00 | $5,288.08 |
| Regular | 40.0000 | $25.5100 | $1,020.40 | |
| Regular | 40.0000 | $25.5100 | $1,020.40 | $42,322.69 |

Total Hours Worked 80.3300    Total Hours 80.3300

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K % | Yes | $61.60 | $1,539.33 | $0.00 | $0.00 |
| Accident | No | $5.52 | $121.44 | $0.00 | $0.00 |
| Dental | Yes | $12.40 | $272.80 | $5.56 | $122.32 |
| GTL Imputed | No | $0.23 | $4.44 | $0.00 | $0.00 |
| Medical | Yes | $83.02 | $1,826.44 | $251.77 | $5,538.94 |
| Vision | Yes | $2.97 | $65.34 | $0.00 | $0.00 |
| Voluntary LTD | No | $14.08 | $312.08 | $0.00 | $0.00 |
| Voluntary STD | No | $0.94 | $20.84 | $0.00 | $0.00 |
| 401K ER Match | No | $0.00 | $0.00 | $30.80 | $769.66 |
| Basic Life ADD | No | $0.00 | $0.00 | $1.14 | $20.68 |
| STD | No | $0.00 | $0.00 | $1.83 | $38.67 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $82.28 | $2,150.38 |
| Employee Medicare | $28.35 | $712.69 |
| Social Security Employee Tax | $121.22 | $3,047.37 |
| PA State Income Tax | $60.02 | $1,508.79 |
| HORSHAM | $19.55 | $491.48 |
| HORSHAM TWP | $2.00 | $48.00 |
| PA Unemployment Employee | $1.23 | $30.79 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Float Holiday | 0.0000 | 8.0000 |
| Paid Time Off | 9.2300 | 34.3480 |
| Volunteer | 0.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx2370 | Checking | $1,558.25 |
| Total | | $1,558.25 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,053.66 | $1,893.67 | $314.65 | $180.76 | **$1,558.25** |
| YTD | $51,315.74 | $47,611.83 | $7,989.50 | $4,162.71 | $39,163.53 |

**FINANCE of AMERICA**

Finance of America Mortgage, LLC
300 Welsh Rd
Bldg 5
Horsham, PA 19044
855-850-2248

**Pay Statement**

| | |
|---|---|
| Period Start Date | 11/21/2021 |
| Period End Date | 12/04/2021 |
| Pay Date | 12/10/2021 |
| Document | 137889 |
| Net Pay | **$1,711.69** |

## Pay Details

TINA M. STRACK
703 SALEM COURT
WALLINGFORD, PA 19086
USA

| | |
|---|---|
| Employee Number | 000100414 |
| SSN | XXX-XX-1326 |
| Job | Post Closing Specialist |
| Pay Rate | $25.5100 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | UHQ FOA Mortgage BI |
| Location | 212816-Horsham, PA |
| Cost Center | 11910 - 11910 PostClosingDelivery |
| Channel | CORP - Corporate |
| Department | OPS - Operations |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Coefficient OT | 0.0700 | $12.7551 | $0.89 | $766.24 |
| GTL Imputed | | | $0.23 | $4.67 |
| Holiday | 16.0000 | $25.5100 | $408.16 | $1,812.72 |
| Holiday Bonus | | | $250.00 | $250.00 |
| Overtime | 0.0700 | $25.5100 | $1.79 | $1,532.41 |
| Paid Time Off | 16.0000 | $25.5100 | $408.16 | $5,696.24 |
| Regular | 8.0000 | $25.5100 | $204.08 | |
| Regular | 40.0000 | $25.5100 | $1,020.40 | $43,547.17 |

Total Hours Worked  48.0700     Total Hours  80.0700

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K % | Yes | $68.80 | $1,608.13 | $0.00 | $0.00 |
| Accident | No | $5.52 | $126.96 | $0.00 | $0.00 |
| Dental | Yes | $12.40 | $285.20 | $5.56 | $127.88 |
| GTL Imputed | No | $0.23 | $4.67 | $0.00 | $0.00 |
| Medical | Yes | $83.02 | $1,909.46 | $251.77 | $5,790.71 |
| Vision | Yes | $2.97 | $68.31 | $0.00 | $0.00 |
| Voluntary LTD | No | $14.08 | $326.16 | $0.00 | $0.00 |
| Voluntary STD | No | $0.94 | $21.78 | $0.00 | $0.00 |
| 401K ER Match | No | $0.00 | $0.00 | $34.40 | $804.06 |
| Basic Life ADD | No | $0.00 | $0.00 | $1.14 | $21.82 |
| STD | No | $0.00 | $0.00 | $1.83 | $40.50 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $133.40 | $2,283.78 |
| Employee Medicare | $31.83 | $744.52 |
| Social Security Employee Tax | $136.11 | $3,183.48 |
| PA State Income Tax | $67.39 | $1,576.18 |
| HORSHAM | $21.95 | $513.43 |
| HORSHAM TWP | $2.00 | $50.00 |
| PA Unemployment Employee | $1.38 | $32.17 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Float Holiday | 0.0000 | 8.0000 |
| Paid Time Off | 9.2300 | 27.5780 |
| Volunteer | 0.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx2370 | Checking | $1,711.69 |
| Total | | $1,711.69 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,293.71 | $2,126.52 | $394.06 | $187.96 | $1,711.69 |
| YTD | $53,609.45 | $49,738.35 | $8,383.56 | $4,350.67 | $40,875.22 |

**FINANCE of AMERICA**

Finance of America Mortgage, LLC
300 Welsh Rd
Bldg 5
Horsham, PA 19044
855-850-2248

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/05/2021 |
| Period End Date | 12/18/2021 |
| Pay Date | 12/24/2021 |
| Document | 140707 |
| Net Pay | **$1,552.97** |

## Pay Details

TINA M. STRACK
703 SALEM COURT
WALLINGFORD, PA 19086
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 000100414 | Pay Group | UHQ FOA Mortgage BI | |
| SSN | XXX-XX-1326 | Location | 212816-Horsham, PA | |
| Job | Post Closing Specialist | Cost Center | 11910 - 11910 PostClosingDelivery | |
| Pay Rate | $25.5100 | Channel | CORP - Corporate | |
| Pay Frequency | Biweekly | Department | OPS - Operations | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Coefficient OT | 0.1300 | $12.7550 | $1.66 | $767.90 |
| GTL Imputed | | | $0.23 | $4.90 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $1,812.72 |
| Holiday Bonus | 0.0000 | $0.0000 | $0.00 | $250.00 |
| Overtime | 0.1300 | $25.5100 | $3.32 | $1,535.73 |
| Paid Time Off | 16.0000 | $25.5100 | $408.16 | $6,104.40 |
| Regular | 40.0000 | $25.5100 | $1,020.40 | |
| Regular | 24.0200 | $25.5100 | $612.75 | $45,180.32 |

Total Hours Worked 64.1500    Total Hours 80.1500

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K % | Yes | $61.39 | $1,669.52 | $0.00 | $0.00 |
| Accident | No | $5.52 | $132.48 | $0.00 | $0.00 |
| Dental | Yes | $12.40 | $297.60 | $5.56 | $133.44 |
| GTL Imputed | No | $0.23 | $4.90 | $0.00 | $0.00 |
| Medical | Yes | $83.02 | $1,992.48 | $251.77 | $6,042.48 |
| Vision | Yes | $2.97 | $71.28 | $0.00 | $0.00 |
| Voluntary LTD | No | $14.08 | $340.24 | $0.00 | $0.00 |
| Voluntary STD | No | $0.94 | $22.72 | $0.00 | $0.00 |
| 401K ER Match | No | $0.00 | $0.00 | $30.70 | $834.76 |
| Basic Life ADD | No | $0.00 | $0.00 | $1.14 | $22.96 |
| STD | No | $0.00 | $0.00 | $1.83 | $42.33 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $81.45 | $2,365.23 |
| Employee Medicare | $28.25 | $772.77 |
| Social Security Employee Tax | $120.79 | $3,304.27 |
| PA State Income Tax | $59.80 | $1,635.98 |
| HORSHAM | $19.48 | $532.91 |
| HORSHAM TWP | $2.00 | $52.00 |
| PA Unemployment Employee | $1.23 | $33.40 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Float Holiday | 0.0000 | 8.0000 |
| Paid Time Off | 9.2300 | 20.8080 |
| Volunteer | 0.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx2370 | Checking | $1,552.97 |
| Total | | $1,552.97 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,046.52 | $1,886.74 | $313.00 | $180.55 | **$1,552.97** |
| YTD | $55,655.97 | $51,625.09 | $8,696.56 | $4,531.22 | $42,428.19 |

**FINANCE of AMERICA**

Finance of America Mortgage, LLC
300 Welsh Rd
Bldg 5
Horsham, PA 19044
855-850-2248

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/19/2021 |
| Period End Date | 01/01/2022 |
| Pay Date | 01/07/2022 |
| Document | 143466 |
| Net Pay | $1,475.28 |

## Pay Details

**TINA M. STRACK**
703 SALEM COURT
WALLINGFORD, PA 19086
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 000100414 | Pay Group | UHQ FOA Mortgage BI | |
| SSN | XXX-XX-1326 | Location | 212816-Horsham, PA | |
| Job | Post Closing Specialist | Cost Center | 11910 - 11910 PostClosingDelivery | |
| Pay Rate | $25.5100 | Channel | CORP - Corporate | |
| Pay Frequency | Biweekly | Department | OPS - Operations | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| GTL Imputed | | | $0.30 | $0.30 |
| Holiday | 8.0000 | $25.5100 | $204.08 | |
| Holiday | 8.0000 | $25.5100 | $204.08 | $408.16 |
| Paid Time Off | 8.0000 | $25.5100 | $204.08 | |
| Paid Time Off | 8.0000 | $25.5100 | $204.08 | $408.16 |
| Regular | 20.0300 | $25.5100 | $510.97 | |
| Regular | 24.0500 | $25.5100 | $613.52 | $1,124.49 |

Total Hours Worked 44.0800    Total Hours 75.0800

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K % | Yes | $58.22 | $58.22 | $0.00 | $0.00 |
| Accident | No | $5.52 | $5.52 | $0.00 | $0.00 |
| Dental | Yes | $12.40 | $12.40 | $5.56 | $5.56 |
| GTL Imputed | No | $0.30 | $0.30 | $0.00 | $0.00 |
| Medical | Yes | $86.62 | $86.62 | $262.68 | $262.68 |
| Vision | Yes | $2.69 | $2.69 | $0.00 | $0.00 |
| Voluntary LTD | No | $13.76 | $13.76 | $0.00 | $0.00 |
| Voluntary STD | No | $0.92 | $0.92 | $0.00 | $0.00 |
| 401K ER Match | No | $0.00 | $0.00 | $29.11 | $29.11 |
| Basic Life ADD | No | $0.00 | $0.00 | $1.16 | $1.16 |
| STD | No | $0.00 | $0.00 | $1.79 | $1.79 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $66.68 | $66.68 |
| Employee Medicare | $26.67 | $26.67 |
| Social Security Employee Tax | $114.04 | $114.04 |
| PA State Income Tax | $56.46 | $56.46 |
| HORSHAM | $18.39 | $18.39 |
| HORSHAM TWP | $2.00 | $2.00 |
| PA Unemployment Employee | $1.16 | $1.16 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Float Holiday | 16.0000 | 16.0000 |
| Paid Time Off | 9.2300 | 14.0380 |
| Volunteer | 8.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx2370 | Checking | $1,475.28 |
| Total | | $1,475.28 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,941.11 | $1,781.18 | $285.40 | $180.43 | $1,475.28 |
| YTD | $1,941.11 | $1,781.18 | $285.40 | $180.43 | $1,475.28 |

**FINANCE of AMERICA**

Finance of America Mortgage, LLC
300 Welsh Rd
Bldg 5
Horsham, PA 19044
855-850-2248

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/02/2022 |
| Period End Date | 01/15/2022 |
| Pay Date | 01/21/2022 |
| Document | 146228 |
| Net Pay | **$1,550.81** |

## Pay Details

TINA M. STRACK
703 SALEM COURT
WALLINGFORD, PA 19086
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 000100414 | Pay Group | UHQ FOA Mortgage BI | |
| SSN | XXX-XX-1326 | Location | 212816-Horsham, PA | |
| Job | Post Closing Specialist | Cost Center | 11910 - 11910 PostClosingDelivery | |
| Pay Rate | $25.5100 | Channel | CORP - Corporate | |
| Pay Frequency | Biweekly | Department | OPS - Operations | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Coefficient OT | 0.0200 | $12.7550 | $0.26 | |
| Coefficient OT | 0.0500 | $12.7551 | $0.64 | $0.90 |
| GTL Imputed | | | $0.30 | $0.60 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $408.16 |
| Overtime | 0.0200 | $25.5100 | $0.51 | |
| Overtime | 0.0500 | $25.5100 | $1.28 | $1.79 |
| Paid Time Off | 0.0000 | $0.0000 | $0.00 | $408.16 |
| Regular | 40.0000 | $25.5100 | $1,020.40 | |
| Regular | 40.0000 | $25.5100 | $1,020.40 | $3,165.29 |

Total Hours Worked 80.0700     Total Hours 80.0700

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K % | Yes | $61.30 | $119.52 | $0.00 | $0.00 |
| Accident | No | $5.52 | $11.04 | $0.00 | $0.00 |
| Dental | Yes | $12.40 | $24.80 | $5.56 | $11.12 |
| GTL Imputed | No | $0.30 | $0.60 | $0.00 | $0.00 |
| Medical | Yes | $86.62 | $173.24 | $262.68 | $525.36 |
| Vision | Yes | $2.69 | $5.38 | $0.00 | $0.00 |
| Voluntary LTD | No | $13.76 | $27.52 | $0.00 | $0.00 |
| Voluntary STD | No | $0.92 | $1.84 | $0.00 | $0.00 |
| 401K ER Match | No | $0.00 | $0.00 | $30.65 | $59.76 |
| Basic Life ADD | No | $0.00 | $0.00 | $1.16 | $2.32 |
| STD | No | $0.00 | $0.00 | $1.79 | $3.58 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $78.64 | $145.32 |
| Employee Medicare | $28.16 | $54.83 |
| Social Security Employee Tax | $120.41 | $234.45 |
| PA State Income Tax | $59.61 | $116.07 |
| HORSHAM | $19.42 | $37.81 |
| HORSHAM TWP | $2.00 | $4.00 |
| PA Unemployment Employee | $1.23 | $2.39 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Float Holiday | 0.0000 | 16.0000 |
| Paid Time Off | 9.2300 | 23.2680 |
| Volunteer | 0.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx2370 | Checking | $1,550.81 |
| Total | | $1,550.81 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,043.79 | $1,880.78 | $309.47 | $183.51 | **$1,550.81** |
| YTD | $3,984.90 | $3,661.96 | $594.87 | $363.94 | $3,026.09 |

**FINANCE of AMERICA**

Finance of America Mortgage, LLC
300 Welsh Rd
Bldg 5
Horsham, PA 19044
855-850-2248

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/16/2022 |
| Period End Date | 01/29/2022 |
| Pay Date | 02/04/2022 |
| Document | 148966 |
| **Net Pay** | **$1,549.87** |

## Pay Details

TINA M. STRACK
703 SALEM COURT
WALLINGFORD, PA 19086
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 000100414 | Pay Group | UHQ FOA Mortgage Bi | |
| SSN | XXX-XX-1326 | Location | 454264 - Conshy Corporate | |
| Job | Post Closing Specialist | Cost Center | 11910 - 11910 PostClosingDelivery | |
| Pay Rate | $25.5100 | Channel | CORP - Corporate | |
| Pay Frequency | Biweekly | Department | OPS - Operations | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Coefficient OT | 0.0500 | $12.7551 | $0.64 | $1.54 |
| GTL Imputed | | | $0.30 | $0.90 |
| Holiday | 8.0000 | $25.5100 | $204.08 | $612.24 |
| Overtime | 0.0500 | $25.5100 | $1.28 | $3.07 |
| Paid Time Off | 0.0000 | $0.0000 | $0.00 | $408.16 |
| Regular | 31.9800 | $25.5100 | $815.81 | |
| Regular | 40.0000 | $25.5100 | $1,020.40 | $5,001.50 |

Total Hours Worked 72.0300    Total Hours 80.0300

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K % | Yes | $61.27 | $180.79 | $0.00 | $0.00 |
| Accident | No | $5.52 | $16.56 | $0.00 | $0.00 |
| Dental | Yes | $12.40 | $37.20 | $5.56 | $16.68 |
| GTL Imputed | No | $0.30 | $0.90 | $0.00 | $0.00 |
| Medical | Yes | $86.62 | $259.86 | $262.68 | $788.04 |
| Vision | Yes | $2.69 | $8.07 | $0.00 | $0.00 |
| Voluntary LTD | No | $13.76 | $41.28 | $0.00 | $0.00 |
| Voluntary STD | No | $0.92 | $2.76 | $0.00 | $0.00 |
| 401K ER Match | No | $0.00 | $0.00 | $30.64 | $90.40 |
| Basic Life ADD | No | $0.00 | $0.00 | $1.16 | $3.48 |
| STD | No | $0.00 | $0.00 | $1.79 | $5.37 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $78.49 | $223.81 |
| Employee Medicare | $28.14 | $82.97 |
| Social Security Employee Tax | $120.33 | $354.78 |
| PA State Income Tax | $59.57 | $175.64 |
| CONSHOHOCKEN | $19.40 | $19.40 |
| HORSHAM | $0.00 | $37.81 |
| HORSHAM TWP | $0.00 | $4.00 |
| CONSHOHOCKEN BORO | $2.00 | $2.00 |
| PA Unemployment Employee | $1.23 | $3.52 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Float Holiday | 0.0000 | 16.0000 |
| Paid Time Off | 9.2300 | 32.4980 |
| Volunteer | 0.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx2370 | Checking | $1,549.87 |
| Total | | $1,549.87 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,042.51 | $1,879.53 | $309.16 | $183.48 | **$1,549.87** |
| YTD | $6,027.41 | $5,541.49 | $904.03 | $547.42 | $4,575.96 |

**FINANCE of AMERICA**

Finance of America Mortgage, LLC
300 Welsh Rd
Bldg 5
Horsham, PA 19044
855-850-2248

**Pay Statement**
Period Start Date: 01/30/2022
Period End Date: 02/12/2022
Pay Date: 02/18/2022
Document: 151740
Net Pay: **$1,464.93**

## Pay Details

TINA M. STRACK
703 SALEM COURT
WALLINGFORD, PA 19086
USA

| | |
|---|---|
| Employee Number | 000100414 |
| SSN | XXX-XX-1326 |
| Job | Post Closing Specialist |
| Pay Rate | $25.5100 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | UHQ FOA Mortgage BI |
| Location | 454264 - Conshy Corporate |
| Cost Center | 11910 - 11910 PostClosingDelivery |
| Channel | CORP - Corporate |
| Department | OPS - Operations |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Coefficient OT | 0.0000 | $0.0000 | $0.00 | $1.54 |
| GTL Imputed | | | $0.30 | $1.20 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $612.24 |
| Overtime | 0.0000 | $0.0000 | $0.00 | $3.07 |
| Paid Time Off | 0.0000 | $0.0000 | $0.00 | $408.16 |
| Regular | 40.0000 | $25.5100 | $1,020.40 | |
| Regular | 35.5300 | $25.5100 | $906.37 | $6,928.27 |

Total Hours Worked 75.5300     Total Hours 75.5300

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K % | Yes | $57.80 | $238.59 | $0.00 | $0.00 |
| Accident | No | $5.52 | $22.08 | $0.00 | $0.00 |
| Dental | Yes | $12.40 | $49.60 | $5.56 | $22.24 |
| GTL Imputed | No | $0.30 | $1.20 | $0.00 | $0.00 |
| Medical | Yes | $86.62 | $346.48 | $262.68 | $1,050.72 |
| Vision | Yes | $2.69 | $10.76 | $0.00 | $0.00 |
| Voluntary LTD | No | $13.76 | $55.04 | $0.00 | $0.00 |
| Voluntary STD | No | $0.92 | $3.68 | $0.00 | $0.00 |
| 401K ER Match | No | $0.00 | $0.00 | $28.90 | $119.30 |
| Basic Life ADD | No | $0.00 | $0.00 | $1.16 | $4.64 |
| STD | No | $0.00 | $0.00 | $1.79 | $7.16 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $65.05 | $288.86 |
| Employee Medicare | $26.47 | $109.44 |
| Social Security Employee Tax | $113.17 | $467.95 |
| PA State Income Tax | $56.03 | $231.67 |
| CONSHOHOCKEN | $18.25 | $37.65 |
| HORSHAM | $0.00 | $37.81 |
| HORSHAM TWP | $0.00 | $4.00 |
| CONSHOHOCKEN BORO | $2.00 | $4.00 |
| PA Unemployment Employee | $1.16 | $4.78 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Float Holiday | 0.0000 | 16.0000 |
| Paid Time Off | 9.2300 | 41.7280 |
| Volunteer | 0.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx2370 | Checking | $1,464.93 |
| Total | | $1,464.93 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,927.07 | $1,767.56 | $282.13 | $180.01 | $1,464.93 |
| YTD | $7,954.48 | $7,309.05 | $1,186.16 | $727.43 | $6,040.89 |

**FINANCE of AMERICA**

Finance of America Mortgage, LLC
300 Welsh Rd
Bldg 5
Horsham, PA 19044
855-850-2248

**Pay Statement**

| | |
|---|---|
| Period Start Date | 02/13/2022 |
| Period End Date | 02/26/2022 |
| Pay Date | 03/04/2022 |
| Document | 154450 |
| Net Pay | **$1,549.20** |

## Pay Details

**TINA M. STRACK**
703 SALEM COURT
WALLINGFORD, PA 19086
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 000100414 | Pay Group | UHQ FOA Mortgage BI |
| SSN | XXX-XX-1326 | Location | 454264 - Conshy Corporate |
| Job | Post Closing Specialist | Cost Center | 11910 - 11910 PostClosingDelivery |
| Pay Rate | $25.5100 | Channel | CORP - Corporate |
| Pay Frequency | Biweekly | Department | OPS - Operations |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Coefficient OT | 0.0000 | $0.0000 | $0.00 | $1.54 |
| GTL Imputed | | | $0.30 | $1.50 |
| Holiday | 8.0000 | $25.5100 | $204.08 | $816.32 |
| Overtime | 0.0000 | $0.0000 | $0.00 | $3.07 |
| Paid Time Off | 8.0000 | $25.5100 | $204.08 | |
| Paid Time Off | 8.0000 | $25.5100 | $204.08 | $816.32 |
| Regular | 32.0200 | $25.5100 | $816.83 | |
| Regular | 24.0000 | $25.5100 | $612.24 | $8,357.34 |

Total Hours Worked 56.0200   Total Hours 80.0200

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K % | Yes | $61.24 | $299.83 | $0.00 | $0.00 |
| Accident | No | $5.52 | $27.60 | $0.00 | $0.00 |
| Dental | Yes | $12.40 | $62.00 | $5.56 | $27.80 |
| GTL Imputed | No | $0.30 | $1.50 | $0.00 | $0.00 |
| Medical | Yes | $86.62 | $433.10 | $262.68 | $1,313.40 |
| Vision | Yes | $2.69 | $13.45 | $0.00 | $0.00 |
| Voluntary LTD | No | $13.76 | $68.80 | $0.00 | $0.00 |
| Voluntary STD | No | $0.92 | $4.60 | $0.00 | $0.00 |
| 401K ER Match | No | $0.00 | $0.00 | $30.62 | $149.92 |
| Basic Life ADD | No | $0.00 | $0.00 | $1.16 | $5.80 |
| STD | No | $0.00 | $0.00 | $1.79 | $8.95 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $78.38 | $367.24 |
| Employee Medicare | $28.13 | $137.57 |
| Social Security Employee Tax | $120.28 | $588.23 |
| PA State Income Tax | $59.55 | $291.22 |
| CONSHOHOCKEN | $19.40 | $57.05 |
| HORSHAM | $0.00 | $37.81 |
| HORSHAM TWP | $0.00 | $4.00 |
| CONSHOHOCKEN BORO | $2.00 | $6.00 |
| PA Unemployment Employee | $1.22 | $6.00 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Float Holiday | 0.0000 | 16.0000 |
| Paid Time Off | 9.2300 | 34.9580 |
| Volunteer | 0.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx2370 | Checking | $1,549.20 |
| Total | | $1,549.20 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,041.61 | $1,878.66 | $308.96 | $183.45 | **$1,549.20** |
| YTD | $9,996.09 | $9,187.71 | $1,495.12 | $910.88 | $7,590.09 |

**FINANCE of AMERICA**

Finance of America Mortgage, LLC
1 West Elm Street
1st Floor
Conshohocken, PA 19428-4108
855-850-2248

**Pay Statement**

| | |
|---|---|
| Period Start Date | 02/27/2022 |
| Period End Date | 03/12/2022 |
| Pay Date | 03/18/2022 |
| Document | 157079 |
| Net Pay | **$1,549.31** |

## Pay Details

TINA M. STRACK
703 SALEM COURT
WALLINGFORD, PA 19086
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 000100414 | Pay Group | UHQ FOA Mortgage BI |
| SSN | XXX-XX-1326 | Location | 454264 - Conshy Corporate |
| Job | Post Closing Specialist | Cost Center | 11910 - 11910 PostClosingDelivery |
| Pay Rate | $25.5100 | Channel | CORP - Corporate |
| Pay Frequency | Biweekly | Department | OPS - Operations |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Coefficient OT | 0.0200 | $12.7550 | $0.26 | $1.80 |
| GTL Imputed | | | $0.30 | $1.80 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $816.32 |
| Overtime | 0.0200 | $25.5100 | $0.51 | $3.58 |
| Paid Time Off | 4.5000 | $25.5100 | $114.80 | $931.12 |
| Regular | 40.0000 | $25.5100 | $1,020.40 | |
| Regular | 35.4700 | $25.5100 | $904.84 | $10,282.58 |

Total Hours Worked 75.4900    Total Hours 79.9900

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K % | Yes | $61.22 | $361.05 | $0.00 | $0.00 |
| Accident | No | $5.52 | $33.12 | $0.00 | $0.00 |
| Dental | Yes | $12.40 | $74.40 | $5.56 | $33.36 |
| GTL Imputed | No | $0.30 | $1.80 | $0.00 | $0.00 |
| Medical | Yes | $86.62 | $519.72 | $262.68 | $1,576.08 |
| Vision | Yes | $2.69 | $16.14 | $0.00 | $0.00 |
| Voluntary LTD | No | $13.34 | $82.14 | $0.00 | $0.00 |
| Voluntary STD | No | $0.89 | $5.49 | $0.00 | $0.00 |
| 401K ER Match | No | $0.00 | $0.00 | $30.61 | $180.53 |
| Basic Life ADD | No | $0.00 | $0.00 | $1.16 | $6.96 |
| STD | No | $0.00 | $0.00 | $1.74 | $10.69 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $78.32 | $445.56 |
| Employee Medicare | $28.12 | $165.69 |
| Social Security Employee Tax | $120.24 | $708.47 |
| PA State Income Tax | $59.53 | $350.75 |
| CONSHOHOCKEN | $19.39 | $76.44 |
| HORSHAM | $0.00 | $37.81 |
| HORSHAM TWP | $0.00 | $4.00 |
| CONSHOHOCKEN BORO | $2.00 | $8.00 |
| PA Unemployment Employee | $1.22 | $7.22 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Float Holiday | 0.0000 | 16.0000 |
| Paid Time Off | 9.2300 | 39.6880 |
| Volunteer | 0.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx2370 | Checking | $1,549.31 |
| Total | | $1,549.31 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,041.11 | $1,878.18 | $308.82 | $182.98 | **$1,549.31** |
| YTD | $12,037.20 | $11,065.89 | $1,803.94 | $1,093.86 | $9,139.40 |

**FINANCE of AMERICA**

Finance of America Mortgage, LLC
1 West Elm Street
1st Floor
Conshohocken, PA 19428-4108
855-850-2248

**Pay Statement**

| | |
|---|---|
| Period Start Date | 03/13/2022 |
| Period End Date | 03/26/2022 |
| Pay Date | 04/01/2022 |
| Document | 159694 |
| **Net Pay** | **$1,628.32** |

## Pay Details

TINA M. STRACK
703 SALEM COURT
WALLINGFORD, PA 19086
USA

| | |
|---|---|
| Employee Number | 000100414 |
| SSN | XXX-XX-1326 |
| Job | Post Closing Specialist |
| Pay Rate | $25.5100 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | UHQ FOA Mortgage BI |
| Location | 454264 - Conshy Corporate |
| Cost Center | 11910 - 11910 PostClosingDelivery |
| Channel | CORP - Corporate |
| Department | OPS - Operations |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Coefficient OT | 0.0200 | $12.7550 | $0.26 | $2.06 |
| GTL Imputed | | | $0.30 | $2.10 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $816.32 |
| Overtime | 0.0200 | $25.5100 | $0.51 | $4.09 |
| Paid Time Off | 4.5000 | $25.5100 | $114.80 | |
| Paid Time Off | 4.5000 | $25.5100 | $114.80 | $1,160.72 |
| Regular | 40.0000 | $25.5100 | $1,020.40 | |
| Regular | 35.1800 | $25.5100 | $897.44 | $12,200.42 |

Total Hours Worked 75.2000    Total Hours 84.2000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K % | Yes | $64.45 | $425.50 | $0.00 | $0.00 |
| Accident | No | $5.52 | $38.64 | $0.00 | $0.00 |
| Dental | Yes | $12.40 | $86.80 | $5.56 | $38.92 |
| GTL Imputed | No | $0.30 | $2.10 | $0.00 | $0.00 |
| Medical | Yes | $86.62 | $606.34 | $262.68 | $1,838.76 |
| Vision | Yes | $2.69 | $18.83 | $0.00 | $0.00 |
| Voluntary LTD | No | $13.34 | $95.48 | $0.00 | $0.00 |
| Voluntary STD | No | $0.89 | $6.38 | $0.00 | $0.00 |
| 401K ER Match | No | $0.00 | $0.00 | $32.22 | $212.75 |
| Basic Life ADD | No | $0.00 | $0.00 | $1.16 | $8.12 |
| STD | No | $0.00 | $0.00 | $1.74 | $12.43 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $90.82 | $536.38 |
| Employee Medicare | $29.68 | $195.37 |
| Social Security Employee Tax | $126.90 | $835.37 |
| PA State Income Tax | $62.83 | $413.58 |
| CONSHOHOCKEN | $20.46 | $96.90 |
| HORSHAM | $0.00 | $37.81 |
| HORSHAM TWP | $0.00 | $4.00 |
| CONSHOHOCKEN BORO | $2.00 | $10.00 |
| PA Unemployment Employee | $1.29 | $8.51 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Float Holiday | 0.0000 | 16.0000 |
| Paid Time Off | 9.2300 | 39.9180 |
| Volunteer | 0.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx2370 | Checking | $1,628.32 |
| Total | | $1,628.32 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,148.51 | $1,982.35 | $333.98 | $186.21 | **$1,628.32** |
| YTD | $14,185.71 | $13,048.24 | $2,137.92 | $1,280.07 | $10,767.72 |

**FINANCE of AMERICA**

Finance of America Mortgage, LLC
1 West Elm Street
1st Floor
Conshohocken, PA 19428-4108
855-850-2248

**Pay Statement**

| | |
|---|---|
| Period Start Date | 03/27/2022 |
| Period End Date | 04/09/2022 |
| Pay Date | 04/15/2022 |
| Document | 162308 |
| Net Pay | $1,546.00 |

## Pay Details

TINA M. STRACK
703 SALEM COURT
WALLINGFORD, PA 19086
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 000100414 | Pay Group | UHQ FOA Mortgage BI | |
| SSN | XXX-XX-1326 | Location | 454264 - Conshy Corporate | |
| Job | Post Closing Specialist | Cost Center | 11910 - 11910 PostClosingDelivery | |
| Pay Rate | $25.5100 | Channel | CORP - Corporate | |
| Pay Frequency | Biweekly | Department | OPS - Operations | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Coefficient OT | 0.0300 | $12.7551 | $0.38 | $2.44 |
| GTL Imputed | | | $0.30 | $2.40 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $816.32 |
| Overtime | 0.0300 | $25.5100 | $0.77 | $4.86 |
| Paid Time Off | 0.0000 | $0.0000 | $0.00 | $1,160.72 |
| Regular | 40.0000 | $25.5100 | $1,020.40 | |
| Regular | 39.7800 | $25.5100 | $1,014.79 | $14,235.61 |

Total Hours Worked 79.8100    Total Hours 79.8100

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K % | Yes | $61.09 | $486.59 | $0.00 | $0.00 |
| Accident | No | $5.52 | $44.16 | $0.00 | $0.00 |
| Dental | Yes | $12.40 | $99.20 | $5.56 | $44.48 |
| GTL Imputed | No | $0.30 | $2.40 | $0.00 | $0.00 |
| Medical | Yes | $86.62 | $692.96 | $262.68 | $2,101.44 |
| Vision | Yes | $2.69 | $21.52 | $0.00 | $0.00 |
| Voluntary LTD | No | $13.34 | $108.82 | $0.00 | $0.00 |
| Voluntary STD | No | $0.89 | $7.27 | $0.00 | $0.00 |
| 401K ER Match | No | $0.00 | $0.00 | $30.54 | $243.29 |
| Basic Life ADD | No | $0.00 | $0.00 | $1.16 | $9.28 |
| STD | No | $0.00 | $0.00 | $1.74 | $14.17 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $77.80 | $614.18 |
| Employee Medicare | $28.06 | $223.43 |
| Social Security Employee Tax | $119.97 | $955.34 |
| PA State Income Tax | $59.39 | $472.97 |
| CONSHOHOCKEN | $19.35 | $116.25 |
| HORSHAM | $0.00 | $37.81 |
| HORSHAM TWP | $0.00 | $4.00 |
| CONSHOHOCKEN BORO | $2.00 | $12.00 |
| PA Unemployment Employee | $1.22 | $9.73 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Float Holiday | 0.0000 | 16.0000 |
| Paid Time Off | 9.2300 | 49.1480 |
| Volunteer | 0.0000 | 8.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx2370 | Checking | $1,546.00 |
| Total | | $1,546.00 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,036.64 | $1,873.84 | $307.79 | $182.85 | $1,546.00 |
| YTD | $16,222.35 | $14,922.08 | $2,445.71 | $1,462.92 | $12,313.72 |